# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MARVEN GARDNER                                                                                            CIVIL ACTION

VERSUS

                                                                                          20-15-SDD-EWD

LATIN, ET AL.

## **RULING**

The Court has carefully considered the *Motions*[1] filed by the Parties, the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated February 25, 2020, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[3] is hereby GRANTED.

**IT IS FURTHER ORDERED** that the *Motion to Withdraw Removal and Consent to Remand*[4], filed by Kia Motors America, Inc., is hereby GRANTED and that this matter is hereby REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana for lack of subject matter jurisdiction because Plaintiff and properly joined

---

[1] Rec. Docs 3 and 9.
[2] Rec. Doc. 11.
[3] Rec. Doc. 3.
[4] Rec. Doc. 9.

Defendant, Bianca Tyree Latin, are citizens of Louisiana and there is no basis for the exercise of federal subject matter jurisdiction pursuant to 28 U.S.C. 1331.

Signed in Baton Rouge, Louisiana on <u>March 23, 2020</u>.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**